# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:01CR151

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **ERIC LOWERY,** *et al.,* ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's request for destruction of a firearm introduced into evidence during the trial of Defendant Lamar Redfern.

Because there is no certificate attached to the motion showing defense counsel have been served with the motion,

**IT IS, THEREFORE, ORDERED** that the Government's request is **DENIED** without prejudice to renewal upon proper showing of service on defense counsel.

**Signed: July 7, 2005**

Lacy H. Thornburg
United States District Judge