RECEIVED
CHARLOTTE, N.C.
SEP 26 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
ASHEVILLE, N. C.
OCT 17 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:01CR151-T |
| | ) | |
| V. | ) | ORDER TO DESTROY EVIDENCE |
| | ) | |
| ERIC LOWERY, ET AL. | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Federal Bureau of Investigation destroy the evidence listed below:

EVIDENCE

one SKS 7.62 China Woodstock rifle, serial number 11540856

SO ORDERED this the 17th day of October, 2005.

LACY H. THORNBURG
United States District Court Judge

DOCUMENT SCANNED